**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2088**

ALFRED AYITEY ADJIN, a/k/a Emmanuel Ayitey Adjin, a/k/a
Kwaku Safo Boateng, a/k/a Alfred A. Adjin,

                Petitioner,

        v.

LORETTA E. LYNCH, Attorney General,

                Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.

Submitted:  May 10, 2016          Decided:  June 13, 2016

Before SHEDD and FLOYD, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Ronald D. Richey, LAW OFFICE OF RONALD D. RICHEY, Rockville,
Maryland, for Petitioner.  Benjamin C. Mizer, Principal Deputy
Assistant Attorney General, Mary Jane Candaux, Assistant
Director, Matthew A. Connelly, Office of Immigration Litigation,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred Ayitey Adjin, a native and citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the immigration judge's denial of his motion for a continuance and denying Adjin's motion for administrative closure. We have reviewed the record and find no abuse of discretion. We further find that Adjin cannot demonstrate a violation of his due process rights as he fails to show the requisite prejudice. See Anim v. Mukasey, 535 F.3d 243, 256 (4th Cir. 2008). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re Adjin (B.I.A. Aug. 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED